## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | EDCV 15-183 JAK(JC) | Date | February 25, 2015 |
|---|---|---|---|
| Title | Daniel J. Tanner v. Vicki Hightower, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:**   (IN CHAMBERS)   **ORDER TO SHOW CAUSE**

On January 30, 2015, this Court, to which this case was recently transferred from the District of Oregon, issued an Order directing the parties to submit status reports by February 13, 2015. More specifically, the Court expressly ordered Plaintiff, who is proceeding *pro se*, resides in Oregon, and opposed the transfer to the Central District of California, to file a status report in which he (1) summarizes the proceedings to date; (2) advises the Court of any pending matters as to which a ruling is outstanding, and (3) advises the Court whether or not he wishes to proceed with this action in the Central District of California or to dismiss it without prejudice at this juncture.[1] Although plaintiff, on February 23, 2015, filed a "Motion for Non-Suit" effectively dismissing one defendant from this action, to date, he has failed to file the status report called for by the January 30, 2015 order and has not requested an extension of time to do so.

IT IS THEREFORE ORDERED that the plaintiff shall show cause in writing, on or before **March 11, 2015**, as to why monetary sanctions or other disciplinary measures as deemed appropriate, including dismissal of the case for failure to prosecute should not be imposed for failure to file a timely status report as called for by the January 30, 2015 Order. Any response to this Order to Show Cause must also be accompanied by the overdue status report. Alternatively, if plaintiff does not wish to proceed with this action at this juncture, he may instead date, sign and return the attached dismissal notice by the foregoing deadline.

**Plaintiff is cautioned that the failure to comply with this order and/or to show good cause, may result in the imposition of sanctions, including the dismissal of this action for failure to prosecute.**

IT IS SO ORDERED.

Attachment                                                                                                 Initials of Deputy Clerk

---

[1] The Court attached a dismissal form to the January 30, 2015 Order, and advised plaintiff that if he wished to dismiss this action without prejudice, he could expedite matters by promptly dating, signing and returning such form. Another copy of such form is attached hereto.